UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

DENNIS A. FORBES,

    Petitioner,

v.

GREGORY KIZZIAH, Warden,

    Respondent.

No. 7:18-CV-108-REW

JUDGMENT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DENIES** Forbes's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (DE #1).

2. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 11th day of December, 2018.



Signed By:
*Robert E. Wier*
**United States District Judge**